UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.: 11-cr-00276-3(EGS) |
| v. | : | |
| | : | **FILED** |
| MICHAEL A. ALEXANDER, | : | |
| | : | JUN - 1 2012 |
| Defendant. | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

### AMENDED CONSENT ORDER OF FORFEITURE

*WHEREAS*, the defendant has pled guilty to Count Two of an Indictment charging Bribery of a Public Official, in violation of 18 U.S.C. § 201, and Count Four, charging Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h); and

*WHEREAS*, the Indictment also alleged the forfeiture of property, that is:

(1) Any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense in Count Two of the Indictment, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and

(2) Any and all property involved in the offense in Count Four of the Indictment and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

*WHEREAS*, on February 13, 2012, this Court entered a Consent Order of Forfeiture declaring that $1,250,000 was forfeitable to the United States in the form of a money judgment. The Order provided that this Court shall retain jurisdiction to enforce the Order, "and to amend it as necessary," pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

*WHEREAS*, the government has filed an unopposed motion, pursuant to Rule 32.2(e)(1)(A) of the Federal Rules of Criminal Procedure, to amend the Consent Order of Forfeiture to include all assets of "Seven Monkeys Coffee," located at 652-16, Shinsa-dong, Gangnam-gu, Seoul, South Korea.

*WHEREAS*, pursuant to Rule 32.2(e)(2)(A) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during the defendant's plea hearing, the government's motion, and the consent of the defendant, that all assets of "Seven Monkeys Coffee" are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), and that the Government has established the requisite connection between that property and the violations alleged in Count Two and Count Four of the Indictment,

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.  That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c):

    All assets, including all real and personal property, of "Seven Monkeys Coffee" located at 652-16, Shinsa-dong, Gangnam-gu, Seoul, South Korea.

2.  The February 13, 2012, Consent Order of Forfeiture, declaring that $1,250,000 is forfeitable to the United States in the form of a money judgment remains in effect.

3.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4.  Pursuant to Rule 32.2(b)(4)(A), and with the defendant's consent, this Order is final as to the defendant. This Order shall be made part of the sentence and included in the judgment.

5. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this 31st day of May, 2012.

_____
EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia