September 2, 2012

To Whom It May Concern:

Michael Anthony Alexander is my older brother. But we all know him as Tony and since the death of our eldest brother, Pat (he died from cancer in 1999), he has taken over the role of the eldest son. As such, he stepped into that leadership role as well as anyone could with six ornery younger brothers. He has always been there for me and my siblings with anything he could do to help us out. He also provided me with a role model which I could hold out to my children as an example.

Tony served his country in peace and war (he served in the first Gulf War) and progressed to the rank of Colonel. Being in the D.C. area it might not seem like a big deal for a military professional to reach the rank of Colonel (O-6), but it is a very big deal. In any military organization it is extremely difficult to progress to this rank, as it requires a dedication to duty and service, of which most people are incapable.  We, as a family, were very proud of him. So you can imagine how shocking it was to learn of his arrest, trial, and now sentencing. It is the sentencing to which this letter is addressed.

Michael "Tony" Alexander got involved with the wrong people and made some bad decisions. Because of these decisions he has lost everything: his career, his retirement, his name, his reputation are gone. He will have to begin his life all over again with nothing. No money, no savings, no way to earn a living all at an age at which most people are retiring. Couple this with a felony conviction and he will find it nearly impossible to support his family (including a wife with cancer). As was mentioned as part of his plea deal, he is making restitution and is currently serving time in jail. With all of this taken into account, I fail to see how it would serve society to have a man like this, who has served his country his entire life, spend more time in jail. Would it not serve the community better if he were given the chance to start over and become a productive member of society?

Sincerely yours,

Joseph B. Alexander

July 5, 2012

To whom it may concern,

I am Walter J. D. Alexander, II. Michael (Tony) A. Alexander's father.

I am a retired...
    C. & P. Telephone/Bell Atlantic/Verizon Engineer;
    Naval Reserve, Chief Petty Officer;
    Communication service business owner:

My wife (recently deceased) and I raised nine children, Tony is the third oldest.

He was a joy as a child, was very well behaved and an excellent student.

On graduating from High School, with good grades, he went to a 2-year college in Kaiser, West Virginia, there he received an ROTC scholarship from West Virginia University.

Graduating from WVU he was commisioned as a Second Lieutenant in the Army Corps of Engineers.

After serving several years in Fort Lewis, Washington as a company commander, he was promoted to Captain and sent to Seoul, Korea. Where he met and married his wife Sang Hui, and his son Mark was born.

While in Korea and on his return, he has received many awards and commendations.

He has since retired from the Army as Colonel (O-6).

Tony has always been very supportive of the family, especially on the death of his older brother and mother. He has always been available to help me, his brothers and sister with assistance during various health and family problems.

He has always been very active in his community, church and the Boy Scouts, where he helped his son to become an Eagle Scout.

In all my visits and conversations with Tony, I believe he is sincerely sorry and embarassed that he became involved in this affair and I understand he has begun to make restituiton to the government.

Hopefully,

Walter J. D. Alexander, II

From: wampam9 <wampam9@comcast.net>
To: cdavisdc <cdavisdc@aol.com>
Subject: Michael Alexander letter of reference
Date: Tue, Jul 17, 2012 7:24 am
Attachments: letter_for_tony.sig (37K)

7-17-12

Pamela A Miller

To Whom it may concern

I am writing to provide a character reference for Michael A. Alexander. He is a good man who made a mistake.

I have known Michael all his life. He is my younger brother and I am very proud of him, despite what has happened.

Michael is very sorry for what he did. He feels very guilty and remorseful. He has said to me several times, that he can not believe what he did. He knows he made a bad mistake and will pay for it the rest of his life, he is well aware of how wrong it was.

Please be lenient in you sentencing for this good man. He has learned his lesson. At this point it will not benefit anyone to keep him incarcerated any longer, it will only be a drain on our prison system. Thanks for your consideration

Sincerely
Pam Miller

**From:** milway47 <milway47@comcast.net>
**To:** cdavisdc <cdavisdc@aol.com>
**Cc:** wjdalex <wjdalex@gmail.com>; Pamela <wampam9@comcast.net>
**Subject:** For the benefit of Micheal Alexander
**Date:** Tue, Jul 3, 2012 8:29 am

Your Honor:

I think it is important that you know something of my experiences with Michael (Tony) Alexander. I met Tony in the early eighties and have been involved in several events with him over the years. In my dealings with him, he has always demonstrated a very professional attitude and sincerity about his business and investments. I believe at his core he has outstanding values and cares about others.

I also believe his recent experiences has changed his life in ways he truly regrets. He will live with the hardships and embarrassment that his lack of judgment has caused, however, as demonstrated by his behavior while incarserated, he is an asset to his community and little would be gained by long separation from family and friends.

With Deepest Regards,


Wayne A. Miller
Former Assistant to the President
Bell Atlantic - VA

## Karlie Alexander

July 23, 2012

Christopher M. Davis
Davis & Davis
1350 Connecticut Ave., NW
Suite 202
Washington, DC  20036

Dear Mr. Davis:

Michael Anthony Alexander (Tony) has been a part of my life since I was born in April 1987.  Tony was always one of the uncles I could go to for advice or a hug as a child.  He has always had a friendly persona and has always been good company to be around.

Being a fellow, WVU Alumni, knowing that my uncle went to college there made my decision to join the Mountaineer family that much easier.

Tony has always been a good family man, and leader of the Alexander family.  I am sure that being one of nine children, and being one of the oldest was difficult growing up.  Having the responsibility of helping raise your younger siblings I'm sure can put stress on an individual, but Tony as an adult always discussed the matter with honor.

Tony is a great man, and has always been very loyal to his family and friends.  He is one that I have always respected and looked up to as an adult and have hoped to earn the same respect in my family that he has.

The reason I am writing you is because I felt that it was important for you to know about his character as person.  He has always been a great role model of mine!  Thank you for your time in reading this letter.  Have a great day, and God bless!

Respectfully,

Karlie Alexander
(Niece of Tony Alexander)

Vincent Alexander

July 23, 2012

Christopher M. Davis
Davis & Davis
1350 Connecticut Ave., NW
Suite 202
Washington, DC  20036

Dear Mr Davis:

I wanted to send you a letter in reference to my older brother Michael Anthony Alexander, or Tony as we call him. My parents had nine children and we all grew up in a small home in Springfield, Virginia. We have always been a close family.

I have many fond memories of growing up in a large close nit family. Tony is about eight years older than me, and naturally a brother that I looked up to and respected. Tony left for college when I was in Junior High School. When he would come home on breaks, he would frequently take me and my younger brothers on nature hikes in the local national forests. Tony was studying Forestry at WVU and was the first of my siblings to attend and graduate college. This was an inspiration to me and the other brothers.

When I was in High School, Tony was in the Army. He was being transferred from Washington State to Korea and I had the great fortune to drive across country with him to transport his truck home to Virginia. It was a great experience with what he continued to teach me about nature and to have this one on one time with him. The drive was eight days or more and we became closer as a result of the trip.

Tony has always been a man of high character, high intelligence and a giving person. Over the first couple of years after our oldest brother past away, Tony and I would often talk about family, friends, co-workers, the economy, and other hot topics. Tony, as always, was professional and honest. He frequently was required to travel for his job, but always made time for me when I needed his guidance or even just someone to talk with.

I am proud to call Tony my older brother.

Sincerely,

Vincent L. Alexander

# Father Leon Alexander

July 12, 2012

Mr Christopher M Davis
Davis & Davis
1350 Connecticut Ave., NW
Suite 202
Washington, DC 20036

In Re: Michael Anthony Alexander

Dear Mr. Davis:

Michael Anthony (Tony) Alexander is my nephew and so has been well known to me since his birth. I write to you not only as Tony's uncle but also as a Catholic priest who has dealt with Tony from the perspective of our respective faith and religion.

While I do not condone what Tony did in breaking the law or approve of his commensurate lifestyle in recent years, I do know that he is a good man at heart and certainly has learned a most valuable lesson. I believe that this lesson will serve him well in putting him back on the track of moral and principled living.

There is still much good in Tony and much to be admired. I am convinced he will become once again a model citizen and positive contributor to the good of his community once he has paid his debt to society.

Thank you for all you are doing in Tony's defense. If there is anything I can do to help in the process, please do not hesitate to call on me.

Sincerely,

*Leon Alexander*

Father Leon Alexander

ilcapo@ilcapo.org

June 24, 2012

To The Presiding Judge:

My name is Sue Grasso and I've known Michael "Tony" Alexander for over 40 years. Our families have known each other, have shared our lives together and have remained close throughout this time, including celebrations of births within the families, being there for each other through losses of family members and many other aspects of daily life including holidays, birthdays and anniversaries.

Tony has always proved to be a caring and compassionate man. He has always been family oriented and was very involved with every facet of his son's life. Tony and my husband, now deceased, shared a special bond and I shall never forget his kindness when my husband passed away. He was so thoughtful and went far and above to help our family thought this difficult time.

Tony is close with his family and I know how much he is missing them due to his present situation. He possesses a variety of admirable traits, as mentioned in this letter. We all miss him as well, and truly hope he will be with us again soon.

If you need any further information, please contact me at (703) 968-7217.
Thank you.
Sincerely,

Sue Grasso

Kimberly Alexander

July 2, 2012

Christopher M. Davis
Davis & Davis
1350 Connecticut Ave., NW
Suite 202
Washington, DC  20036

Dear Mr Davis:

I have known Michael Anthony Alexander since 1983 when I married his brother and am proud to say, became his sister-in-law.

Tony, as the family calls him, was also married that year and moved his wife to Virginia from Korea. He has always been a caring husband and father. He was very proud and involved with his son in Boy Scouts and that participation allowed his son to earn the title of Eagle Scout.

In addition, Tony has always been much respected in the family, being the third of nine children. When his older brother died in 1999, he stepped into the role as the oldest son and has since then showed his commitment to his entire family. He is a born leader.

In summary, Tony is a very loyal, respected and respectful person. I'm sending you this letter because I thought it was important that you know that.

Sincerely,

Kimberly Alexander