# MICHAEL A. ALEXANDER

### Field Force Engineering (FFE) Program Manager, Directorate of Contingency Operations, HQUSACE



Mr. Michael A. Alexander, is currently the Field Force Engineering (FFE) Program Manager for the U.S. Army Corps of Engineers at the Headquarters in Washington, DC.  COL Michael Alexander retired in 2009 after 30 years of commissioned service from Active Duty, Reserve, and mobilization tours.  He was commissioned a Second Lieutenant in 1979 from ROTC with the Corps of Engineers and served on active duty as a Platoon Leader with the 15th Engineer BN, at Ft. Lewis, WA,  as a Project Engineer with the Army Corps of Engineers, Far East District, Republic of Korea, and at HQDA with the Assistant Chief of Engineers Office, now known as OCE-P.

Leaving active duty in 1984, Colonel/Mr. Alexander began his career as a Department of the Army Civilian with the U.S. Army Engineer School, Directorate of Combat Development, Fort Belvoir, Virginia. In 1985, he transferred to the Army Corps of Engineers, Engineer Strategic Studies Center, also at Fort Belvoir.  In 1988 Mr. Alexander accepted a 5 year assignment as an Operations Research Analyst with the ROK/U.S. Combined Force Command C/J3 Plans Division in Seoul, South Korea.  In 1993 he returned to his position with the Engineer Strategic Studies Center.  In 1996, Mr. Alexander transferred to the Environmental Division of the Headquarters U.S. Army Corps of Engineers, in Washington DC. In 1998 he transferred to an engineer contingency planning position with the G3 and is currently the FFE Program Manager.

COL Alexander began his Active Army Reserve career in 1984 where he initially served one year as a staff engineer with the 80th Training Division, Richmond Virginia, and one year with the 310th TAACOM at Fort Belvoir, Virginia.   COL Alexander then joined the 416th Engineer Command where he held numerous staff engineer positions.  In November 1990, he was mobilized with the 416th when it was activated in support of Desert Shield/Desert Storm.  COL Alexander served 6 months as an ARCENT LNO to the US Central Command Engineer J47 Office in Riyadh, Saudi Arabia.  He remained with the 416th ENCOM until 1995, when he transferred to the 412th Engineer Command and served as a special staff officer assisting in the Korea Theater Mission transfer from the 416th to the 412th ENCOM.  COL Alexander transferred to the Army Corps of Engineers, Far East District as a Drilling Individual Mobilization Augmentee in 1996, and served as both the District S3 and the District Executive Officer. In 1999, he joined the USACE Contingency Response Unit and served as the PACOM Team Leader until 2003, when he became the Deputy Commander.  He assumed command of the CRU from October 2004 until March 2005 while the Commander deployed to Iraq in support of the USACE Gulf Regional Division.  He served the USACE G3, Reserve Components, from March 2005 until 2009.

COL/Mr. Alexander is a graduate of the Engineer Officer Basic and Advance Courses, the Army Command and General Staff College, and the Army War College. His awards include the Legion of Merit, Meritorious Service Medal w/ two oak leaf clusters, the Army Commendation Medal with two oak leaf clusters, the Army Achievement Medal, the Bronze and Silver DeFlurry Medals, as well as other awards and campaign ribbons.  COL/Mr. Alexander holds a Masters in Strategic Studies form the U.S. Army War College, a Masters Degree in Environmental Science & Engineering from the Virginia Poly-technical Institute & State University, and a Bachelor of Science Degree in Environmental Science from West Virginia University.

Mike and his wife Stephanie currently reside in                              and have one son Mark, who resides in !            .  and works as Graphic Artist for a local I I Firm.