



**Colonel & Mrs. Alexander**

ALEXANDER, MICHAEL A.     A0122
1-cr-00276-EGS    Document 105-4    Filed 09/05/12    Pa
04 06 18
LTC EN

