IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )   )| |
| v. ) )| Criminal No.: 11-cr-00276-4 (EGS) |
| HAROLD F. BABB, ) )| |
| Defendant. )| |

**FILED**
NOV 20 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**FINAL ORDER OF FORFEITURE AS TO REAL PROPERTY LOCATED AT 20551
BIRCHFIELD PLACE, STERLING, VIRGINIA**

*WHEREAS*, the defendant has pled guilty to a Criminal Information charging Bribery of a Public Official, in violation of 18 U.S.C. § 201;

*WHEREAS*, on March 13, 2012, the Court entered a Consent Order of Forfeiture ("Consent Order") forfeiting certain property to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

*WHEREAS*, the Consent Order specifically forfeited the following property to the United States:

The real property located at 20551 Birchfield Place, Sterling, Virginia;

*WHEREAS*, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A) and 21 U.S.C. § 853(n)(1), the United States has published notice of the Consent Order and provided written notice to the following third parties:

  a. Inna Babb; and

  b. JPMorgan Chase Bank, N.A. ("Chase");

*WHEREAS*, Chase is the only party who has filed a petition claiming an interest in 20551 Birchfield Place, Sterling, Virginia;

*WHEREAS*, the time period for filing a petition under 21 U.S.C. § 853(n)(2) has expired;

**WHEREAS**, the Court finds that Chase has established a valid legal interest in the property;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the following property is forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    The real property located at 20551 Birchfield Place, Sterling, Virginia (CATS ID 12-FBI-000144)

2. All right, title, and interest in the above property is vested in the United States.

3. The United States, pursuant to 21 U.S.C. § 853(n)(7), has clear title to the above property and may warrant good title to any subsequent purchaser or transferee.

4. The United States, pursuant to 21 U.S.C. §§ 853(g) & (h), is authorized to seize and dispose of the above property by sale.

5. Proceeds from the sale of the real property located at 20551 Birchfield Place, Sterling, VA, shall be payable, to the extent such proceeds are available, in the following priority:

    a. Proceeds from the sale will first be paid to the United States for all expenses associated with the seizure, forfeiture, maintenance, and sale of the property.

    b. Proceeds from the sale will next be paid to Chase to account for its secured interest in the property. Chase will receive $288,439.01 in proceeds from the sale to the extent such proceeds are available.

    c. Any remaining proceeds from the sale will be payable to the United States.

6. No other third party, including Inna Babb, has filed a petition asserting a legal interest in the above property within the time period prescribed by 21 U.S.C. § 853(n)(2). The interest that any other third party, including Inna Babb, may have had in the above property is extinguished pursuant to Federal Rule of Criminal Procedure 32.2(c)(2).

7.  The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this _19th_ day of November, 2012.

EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia