UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO.: 11-cr-00276-3(EGS) |
| v. : | |
| : | FILED |
| MICHAEL A. ALEXANDER, : | NOV 27 2012 |
| : | Clerk, U.S. District & Bankruptcy |
| Defendant. : | Courts for the District of Columbia |

FINAL ORDER OF FORFEITURE AS TO ALL ASSETS OF SEVEN MONKEYS COFFEE

*WHEREAS*, the defendant has pled guilty to Count Two of an Indictment charging Bribery of a Public Official, in violation of 18 U.S.C. § 201, and Count Four, charging Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(h); and

*WHEREAS*, on February 13, 2012, this Court entered a Consent Order of Forfeiture forfeiting $1,250,000 to the United States in the form of a money judgment, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1);

*WHEREAS*, on May 31, 2012, this Court entered an Amended Consent Order of Forfeiture ("Amended Order") forfeiting "All assets, including all real and personal property, of Seven Monkeys Coffee located at 652-16, Shinsa-dong, Gangnam-gu, Seoul, South Korea" are forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1);

*WHEREAS*, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6)(A) and 21 U.S.C. § 853(n)(1), the United States has published notice of the Amended Order and provided written notice to Ms. Isaiah Lee, the titled owner of Seven Monkeys Coffee;

*WHEREAS*, no person has filed a petition with the Court claiming an interest in the assets of Seven Monkeys Coffee;

*WHEREAS*, the time period for filing a petition under 21 U.S.C. § 853(n)(2) has expired;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the following property is forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. § 982(a)(1):

    All assets, including all real and personal property, of Seven Monkeys Coffee located at 652-16, Shinsa-dong, Gangnam-gu, Seoul, South Korea.

2. All right, title, and interest in the above property is vested in the United States.

3. The United States, pursuant to 21 U.S.C. § 853(n)(7), has clear title to all property subject to this Order and may warrant good title to any subsequent purchaser or transferee.

4. The United States, pursuant to Federal Rule of Criminal Procedure 32.2(b)(3) and 21 U.S.C. §§ 853(g)-(h), is authorized to seize any property subject to this Order and dispose of the property by sale.

5. No third party, including Isaiah Lee, has filed a petition with the Court asserting a legal interest in the above property within the time period prescribed by 21 U.S.C. § 853(n)(2). The interest that any third party may have had in the above property is extinguished pursuant to Federal Rule of Criminal Procedure 32.2(c)(2).

6. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this 26th day of November, 2012.

EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia