AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 1



# UNITED STATES DISTRICT COURT

District of Columbia

FEB 19 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| LEE A. KHAN | ) | Case Number: 11-276-002 (EGS) |
| | ) | USM Number: 31766-016 |
| | ) | ANDREA ANTONELLI/MICHAEL ATKINSON, AUSA |
| | | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   ONE OF THE SUPERSEDING INFORMATION FILED ON 5/17/12.

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 371 | Conspiracy to Commit Money Laundering | October 4, 2011 | 1 |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   ALL REMAINING COUNTS   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

JANUARY 31, 2013
Date of Imposition of Judgment

_Signature of Judge_

EMMET G. SULLIVAN            U.S. DISTRICT JUDGE
Name and Title of Judge

2/17/13
Date

DEFENDANT: LEE A. KHAN
CASE NUMBER: 11-276-002 (EGS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

37 Months as to Count One. Defendant shall receive credit for time already served.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant shall be placed at the Federal Correctional Facility located in Petersburg, VA or Morgantown, W.V.
When eligible the defendant shall be allowed to participate in the 500 Hour Drug Treatment Program and in UNICOR.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __8__

DEFENDANT: LEE A. KHAN
CASE NUMBER: 11-276-002 (EGS)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
36 Months as to Count One.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☐   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑   The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 8

DEFENDANT: LEE A. KHAN
CASE NUMBER: 11-276-002 (EGS)

## ADDITIONAL SUPERVISED RELEASE TERMS

THE COURT FINDS that you do not have the ability to pay a fine and, therefore, waives imposition of a fine in this case.

The special assessment and restitution are immediately payable to the Clerk of the Court for the U.S. District Court, District of Columbia. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full. The Court waives any interest or penalties that may accrue on unpaid balances. You shall make payments on the special assessment and restitution through your participation in the Bureau of Prisons' Inmate Financial Responsibility Program.

Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement to the victims as follows:

United States Army Corps of Engineers
441 G Street, NW Washington, DC 20314

Within 72 hours of release from custody, you shall report in person to the probation office in the district to which you are released. While on supervision, you shall not possess a firearm or other Financial Disclosure - You shall provide the Probation Office with your income tax returns, authorization for release of credit information, and information about any business or finances in which you have a control or interest until all restitution is satisfied.

Status Hearing shall be scheduled within the first Six (6) Months of the defendant's release from incarceration.

DNA Sample Requirement - Pursuant to 42 USC § 14135a, for all felony offenses, the defendant hall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the U.S. Probation Office.

Restitution Obligation - The defendant shall pay the balance of any restitution owed at a rate of to be determined by the Probation Office.

Financial Restrictions - You are prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of he Probation Office.

DEFENDANT: LEE A. KHAN
CASE NUMBER: 11-276-002 (EGS)

# ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

Financial Disclosure - You shall provide the Probation Office with your income tax returns, authorization for release of credit information, and information about any business or finances in which you have a control or interest until all restitution is satisfied.

Substance Abuse Treatment - You shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the Probation Office.

Internal Revenue Service - You shall cooperate and arrange with the Internal Revenue Service to pay all past and present taxes, interest, and penalties owed. You shall file timely, accurate, and lawful income tax returns and show proof of same to the Probation Office.

Pursuant to Rule 32.2(a) of the Fed. Rules of Crim Proc., you, Lee A. Khan, are ordered to forfeit the following property which was identified as related to the offense of conviction: You consent to the forfeiture of all of your interest in any and all items, including but not limited to: (1) $1,918.77 seized from BB&T account no. xxxxxxx7691 on October 4, 2011; (2) Gents Rolex atch, Model No. 116710, Serial No. M811924, seized from 13104 Peach Leaf Place, Fairfax, irginia on October 4, 2011; (3) $838.19 seized from SunTrust Bank account no. xxxxxx3212 on October 4, 2011; (4) $5,538.51 seized from BB&T account no. xxxxxx7476 on October 4, 2011; (5) $1,938.61 seized from BB&T account no. xxxxxx7484 on October 4, 2011; (6) $1,000 seized from SunTrust Bank account no. xxxxxx2505 on October 4, 2011; (7)100 ounce ngelhard 999+ silver bar, SN: P804680; seized from 13104 Peach Leaf Place, Fairfax, Virginia on October 4, 2011;(8)$9,220.16 seized from SunTrust Bank account no. xxxxxx9421 on ctober 4, 2011;(9)$9,600 seized from SunTrust Bank account no. xxxxxx6118 on October 4, 2011; (10)$18,054.27 seized from Bank of America account no. xxxxxx5242 on October 4, 2011; (11) $84,451.06 seized from Bank of America account no. xxxxxx5116 on October 4, 2011; (12) $75,348.39 seized from SunTrust Bank account no. xxxxxx7639 on October 4, 2011;(13) $40,159.83 seized from Citibank account no. xxxx7733 on October 4, 2011; (14) $50,282.95 seized from Wells Fargo Bank account no. xxxxxx0619 on October 4, 2011; (15) $40,983.32 seized from SunTrust Bank account no. xxxxxx0500 on October 4, 2011;(16) $10,406.06 seized from Bank of America account no. xxxxxx8525 on October 4, 2011;(17)$30,000 seized from SunTrust Bank account no. xxxxxx9200 on November 30, 2011; (18)$635,806 seized from TD Bank account no.. xxxxxx7912 on October 4, 2011;(19)The real property located at 5501 Seminary Road, Apartment 2405S, Falls Church, Virginia 22041; (20) he real property located at 13104 Peach Leaf Place, Fairfax, Virginia 22030; (21) The real property located at 3713 S. George Mason Drive, Apartment 705W, Falls Church, Virginia 22041; (22) The real property located at 3705 S. George Mason Drive, Apartment 417-S, Falls hurch, Virginia 22041; (23) The real property located at 10367 Valley Road (U.S. Rte 522), Berkeley Springs, West Virginia 25411; (24) The real property located at 6526 Dearborn Drive, Falls Church, Virginia 22042; (25)The real property located at 6522 Dearborn Drive, Falls hurch, Virginia 22042; (26) The real property located at 930 N. Chambliss Street, Alexandria, irginia 22312; (27)The real property located at 15690 Avocet Loop, Woodbridge, Virginia 22191; (28) The real property located at 4787 S. Park Court, Woodbridge, Virginia 22193; (29) he real property located at 15191 Valley Stream Drive, Woodbridge, Virginia 22191; (30) The real property located at 1135 Lorraine Court, Cape Coral, Florida 33904; and (31)The real property located at 1600 Renate Drive, #T-2, Woodbridge, Virginia 22192.