UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | Criminal Case No. 11-276 |
| ) | |
| MICHAEL ALEXANDER, ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | Criminal Case No. 12-63 |
| ) | |
| JAMES EDWARD MILLER, ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | Criminal Case No. 12-18 |
| ) | |
| ROBERT L. McKINNEY, ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.            ) | Criminal Case No. 11-276 |
| ) | |
| HAROLD F. BABB, ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

```
UNITED STATES OF AMERICA,        )
                                 )
                                 )
              v.                 )   Criminal Case No. 12-98
                                 )
NAZIM S. KHAN,                   )
                                 )
                                 )
              Defendant.         )
                                 )
_____)

                                 )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
              v.                 )   Criminal Case No. 11-276
                                 )
LEE A. KHAN,                     )
                                 )
                                 )
              Defendant.         )
                                 )
_____)
```

## ORDER AMENDING JUDGMENTS

It is hereby **ORDERED** that the Judgments in the above-referenced matters be amended to reflect that any and all restitution obligations are not due until the commencement of the period of supervised release.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
          **United States District Judge**
          **June 14, 2013**